## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Theodore Gasper aka Ted Gasper     BK NO. 18-04403 HWV
        Tammy J. Gasper

               Debtor(s)        Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

           Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
18 Nov 2020, 16:40:18, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322