UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :      CASE NO. 1:18-bk-04403-HWV
THEODORE GASPER                                 :
TAMMY J. GASPER                                 :
        Debtor                                  :      CHAPTER 13


**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021                         CUNNINGHAM CHERNICOFF &
                                                WARSHAWSKY, P.C.

                                                By:     /s/ Johanna H. Rehkamp
                                                        Johanna H. Rehkamp, Esquire
                                                        Cunningham & Chernicoff, P.C.
                                                        2320 North Second Street
                                                        Harrisburg, PA 17110
                                                        (717) 238-6570
                                                        jhr@cclawpc.com


Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.


Date: December 28, 2021                         CUNNINGHAM CHERNICOFF &
                                                WARSHAWSKY, P.C.

                                                By:     /s/ Robert E. Chernicoff
                                                        Robert E. Chernicoff, Esquire
                                                        2320 North Second Street
                                                        P. O. Box 60457
                                                        Harrisburg, PA 17106-0457
                                                        (717) 238-6570
                                                        rchernicoff@cclawpc.com