Certificate Number: 15317-PAM-DE-037770288

Bankruptcy Case Number: 18-04403



15317-PAM-DE-037770288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 16, 2023</u>, at <u>9:51</u> o'clock <u>PM PDT</u>, <u>Theodore Gasper</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>September 16, 2023</u>            By:    <u>/s/Rolyn Martinada</u>

Name:  <u>Rolyn Martinada</u>

Title:  <u>Credit Counselor</u>