Certificate Number: 15317-PAM-DE-037770287

Bankruptcy Case Number: 18-04403


15317-PAM-DE-037770287

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 16, 2023</u>, at <u>9:51</u> o'clock <u>PM PDT</u>, <u>Tammy J Gasper</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 16, 2023</u>

By: <u>/s/Rolyn Martinada</u>

Name: <u>Rolyn Martinada</u>

Title: <u>Credit Counselor</u>