**Fill in this information to identify the case:**

Debtor 1  Tammy J. Gasper

Debtor 2  Theodore Gasper
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  18-04403 HWV

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** PNC BANK, NATIONAL ASSOCIATION       **Court claim no. (if known):** 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 9520
**Property address:**
1826 Lakeside Drive
Middletown, PA 17057

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                          $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                           (a)      $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:     + (b)    $ _____
c.  **Total.** Add lines a and b.                                      (c)      $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

---

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Case 1:18-bk-04403-HWV    Doc 62    Filed 11/02/23    Entered 11/02/23 06:25:35    Desc
Document ID: 8ed1cabe11a8268ebb805fc285ee957fa1c97de00210fed92d4e9b7eb7992232
                         Main Document     Page 1 of 3

| Debtor(s) | Tammy J. Gasper and Theodore Gasper | Case Number (if known): 18-04403 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*      Date   11/01/2023
Michael Farrington
01 Nov 2023, 21:14:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Theodore Gasper aka Ted Gasper**<br>**Tammy J. Gasper**<br>        Debtor(s) | **BK NO. 18-04403 HWV**<br><br>Chapter 13 |
| **PNC BANK, NATIONAL ASSOCIATION**<br>        Movant<br>  vs.<br><br>**Theodore Gasper aka Ted Gasper**<br>**Tammy J. Gasper**<br>        Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>        Trustee | Related to Claim No. 3-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 2, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Theodore Gasper aka Ted Gasper
1826 Lakeside Drive
Middletown, PA 17057

Tammy J. Gasper
1826 Lakeside Drive
Middletown, PA 17057

Attorney for Debtor(s) (via ECF)
Johanna Hill Rehkamp
Cunningham, Chernicoff & Warshawsky, PC
P.O. Box 60457, 2320 N. Second Street
Harrisburg, PA 17106

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: November 2, 2023

                */s/ Michael P. Farrington*
                Michael P. Farrington, Esquire
                Attorney I.D. 329636
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                215-627-1322
                mfarrington@kmllawgroup.com