United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Theodore Gasper  
Tammy J Gasper  
    Debtors

Case No. 18-04403-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 31, 2023      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore Gasper, Tammy J Gasper, 1826 Lakeside Drive, Middletown, PA 17057-3411 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5120592 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5120597 | + | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5120588 | | Email/Text: dltlegal@hab-inc.com | Oct 31 2023 18:41:00 | Berkheimer, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 5120589 | + | EDI: CAPITALONE.COM | Oct 31 2023 22:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5136837 | | EDI: CAPITALONE.COM | Oct 31 2023 22:41:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5120590 | + | EDI: COLLINSASSET.COM | Oct 31 2023 22:41:00 | Collins Asset Group, Attn: Bankruptcy, Po Box 91059, Austin, TX 78709-1059 |
| 5134443 | + | EDI: BASSASSOC.COM | Oct 31 2023 22:41:00 | Collins Asset Group LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 5120591 | | EDI: IRS.COM | Oct 31 2023 22:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5272138 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 18:52:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272137 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 18:52:54 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5120593 | ^ | MEBN | Oct 31 2023 18:41:05 | LendingPoint LLC, Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 5120594 | + | Email/Text: unger@members1st.org | Oct 31 2023 18:41:00 | Members 1st FCU, Attn: Bankruptcy Dept, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5120595 | | Email/Text: NCI_bankonotify@ncirm.com | Oct 31 2023 18:41:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 5131979 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2023 18:41:00 | PNC BANK, N.A., Attention: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 5120598 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2023 18:41:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5142973 | | EDI: PRA.COM | Oct 31 2023 22:41:00 | Drive, Miamisburg, OH 45342<br>Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5121254 | + | EDI: RECOVERYCORP.COM | Oct 31 2023 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5140386 | + | Email/Text: bankruptcynotices@psecu.com | Oct 31 2023 18:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5120599 | + | Email/Text: bankruptcynotices@psecu.com | Oct 31 2023 18:41:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5120596 | | EDI: RMSC.COM | Oct 31 2023 22:41:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 5125541 | | EDI: PENNDEPTREV | Oct 31 2023 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5125541 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5144361 | + | Email/Text: bncmail@w-legal.com | Oct 31 2023 18:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5120600 | | EDI: RMSC.COM | Oct 31 2023 22:41:00 | Syncb/QVC, PO Box 530905, Atlanta, GA 30353-0905 |
| 5264342 | + | EDI: RMSC.COM | Oct 31 2023 22:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5120601 | + | EDI: RMSC.COM | Oct 31 2023 22:41:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5120602 | + | EDI: RMSC.COM | Oct 31 2023 22:41:00 | Synchrony Bank/JCPenneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5120603 | | EDI: WTRRNBANK.COM | Oct 31 2023 22:41:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste 200, Tucson, AZ 85712-1083 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Oct 31, 2023 | Form ID: 3180W | Total Noticed: 29 |

Date: Nov 02, 2023  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor Collins Asset Group LLC ecf@bass-associates.com |
| Brian C Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert E Chernicoff | on behalf of Debtor 2 Tammy J Gasper rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert E Chernicoff | on behalf of Debtor 1 Theodore Gasper rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Thomas Song | on behalf of Creditor PNC BANK N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Theodore Gasper<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4686<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Tammy J Gasper<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9177<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-04403-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Theodore Gasper
aka Ted Gasper

Tammy J Gasper

**By the court:**

10/31/23

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W   **Chapter 13 Discharge**   page 2